## WISWALL agt COOKE

John Wiswall Junio^r plaint. ag^t Elisabeth Cooke the Relict; widdow and Executrix of the last will & testam^t of Richard Cooke late of Boston dece^d & Elisha Cooke Executo^r or either of them Defend^ts in an action of the case for a division of certain lands and houseing lying in the Limits of Boston at Rumney Marsh being commonly called Lanes Farme, the one moity or halfe part thereof was Legally convayed to the s^d Wiswall, by his Father John Wiswall Sen^r which the s^d Cookes refuse to divide, whereby the s^d Wiswall is greatly damnified with all other due damages &c. . . . The Jury . . . found for the Defend^ts costs of Court.

## JOHNSON agt WILDER

Humphry Johnson as heire or assigne of Humphry Turnor and Joseph Turnor late of Scituate in New-England, plaint ag^t Jsaac Wilder Defend^t according to attachm^t The plaint. withdrew his Action & the Court granted the Defend^t costs

## SCOTTOW ag^t TINNEY etc.

Capt^n Joshua Scottow plaint. ag^t John Tinney & Richard Moore of Scarborough or either of them Defend^ts in an action of the case for carrying away the plaint^s Shallop from the s^d Scarborough w^th her appurtenances in the yeare. 1676. whenas the s^d Scottows house, and the Country's garrison was deserted or deliu^rd up unto the Enemy; which hath been to the s^d plaint^s very great damage: . . . The Jury . . . found for the plaint. thirty pounds mony damage & costs of Court grant^d thirty two Shillings

Execucion issued May: 6° 1678. [502]